UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2018 JUL 19 P 3:06
U.S. DISTRICT COURT
NEW HAVEN

GRAND JURY N-18-3

UNITED STATES OF AMERICA

v.

LEE BROCKETT, a.k.a. "Nef"
TARELL THOMAS
CYRUS BRADFORD, a.k.a. "Bird" and "Cybone"
LAVAL THOMAS
CAMERON WILSON, a.k.a. "Killa"
THOMAS MORUZIN, a.k.a. "TJ"
DEMAINE BROCKETT
JASON BROCKETT, a.k.a. "JB"
ALEXANDER CALDERON
BRYAN CRUZ, a.k.a. "Bez"
FELIX COLON

Criminal No. 3:18cr154(RNC)

VIOLATIONS:

21 U.S.C. § 846 (Conspiracy to Distribute, and to Possess with Intent to Distribute, Heroin and Cocaine Base)

21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C) (Possession with Intent to Distribute Heroin)

21 U.S.C. § 853 (Criminal Forfeiture, Drug Trafficking Offenses)

## INDICTMENT

The Grand Jury charges:

## COUNT ONE
(Conspiracy to Distribute, and to Possess With Intent to Distribute, Heroin and Cocaine Base)

1. From in or about January 2018 through on or about July 17, 2018, the exact dates being unknown to the Grand Jury, in the District of Connecticut and elsewhere, defendants LEE BROCKETT, a.k.a. "Nef"; TARELL THOMAS; CYRUS BRADFORD, a.k.a. "Bird" and "Cybone"; LAVAL THOMAS; CAMERON WILSON, a.k.a. "Killa"; THOMAS MORUZIN, a.k.a. "TJ"; DEMAINE BROCKETT; JASON BROCKETT, a.k.a. "JB"; ALEXANDER CALDERON; BRYAN CRUZ, a.k.a. "Bez"; FELIX COLON, and others known and unknown to the Grand Jury, knowingly and intentionally conspired together and with one another to distribute, and to possess with intent to distribute, controlled substances, namely a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, and a mixture and

substance containing a detectable amount of cocaine base ("crack"), a Schedule II controlled substance, contrary to the provisions of Title 21, United States Code, Section 841(a)(1).

## QUANTITY OF HEROIN INVOLVED IN THE CONSPIRACY

2. Defendants LEE BROCKETT, a.k.a. "Nef"; TARELL THOMAS; CYRUS BRADFORD, a.k.a. "Bird" and "Cybone"; LAVAL THOMAS; CAMERON WILSON, a.k.a. "Killa"; THOMAS MORUZIN, a.k.a. "TJ"; DEMAINE BROCKETT; JASON BROCKETT, a.k.a. "JB"; ALEXANDER CALDERON; BRYAN CRUZ, a.k.a. "Bez"; and, FELIX COLON, knew and reasonably should have foreseen from their own conduct and that of other members of the narcotics conspiracy charged in Count One that the conspiracy involved a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(C).

## QUANTITY OF COCAINE BASE INVOLVED IN THE CONSPIRACY

3. Defendants LEE BROCKETT, a.k.a. "Nef"; TARELL THOMAS; and, CYRUS BRADFORD, a.k.a. "Bird" and "Cybone," knew and reasonably should have foreseen from their own conduct and that of other members of the narcotics conspiracy charged in Count One that the conspiracy involved 28 grams or more of a mixture and substance containing a detectable amount of cocaine base ("crack"), a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(B).

4. Defendants LAVAL THOMAS; CAMERON WILSON, a.k.a. "Killa"; JASON BROCKETT, a.k.a. "JB"; and, ALEXANDER CALDERON, knew and reasonably should have foreseen from their own conduct and that of other members of the narcotics conspiracy charged in Count One that the conspiracy involved a mixture and substance containing a detectable amount

of cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(C).

All in violation of Title 21, United States Code, Section 846.

## COUNT TWO
(Possession with Intent to Distribute Heroin)

5. On or about May 23, 2018, in the District of Connecticut, the defendant BRYAN CRUZ, a.k.a. "Bez," knowingly and intentionally possessed with intent to distribute a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## FORFEITURE ALLEGATION
(Controlled Substances Offenses)

6. Upon conviction of one or more of the controlled substances offenses alleged in this Indictment, the defendants LEE BROCKETT, a.k.a. "Nef;" TARELL THOMAS; CYRUS BRADFORD, a.k.a. "Bird" and "Cybone"; LAVAL THOMAS; CAMERON WILSON, a.k.a. "Killa"; THOMAS MORUZIN, a.k.a. "TJ"; DEMAINE BROCKETT; JASON BROCKETT, a.k.a. "JB"; ALEXANDER CALDERON; BRYAN CRUZ, a.k.a. "Bez"; and, FELIX COLON shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, all right, title, and interest in any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the violations of Title 21, United States Code, Sections 841 and 846, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, these violations and a sum of money equal to the total amount of proceeds obtained as a result of the offenses.

7. If any of the above-described forfeitable property, as a result of any act or omission of the defendants named in this Indictment: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or disposed with, a third person; (c) has been placed beyond the jurisdiction of the United States District Court for the District of Connecticut; (d) has been substantially diminished in value; or (e) has been commingled with other property that cannot be subdivided without difficulty; it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants, up to the value of the above-described forfeitable property.

All in accordance with Title 21, United States Code, Section 853 and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

A TRUE BILL

FOREPERSON

UNITED STATES OF AMERICA

JOHN H. DURHAM
UNITED STATES ATTORNEY

PATRICK F. CARUSO
ASSISTANT UNITED STATES ATTORNEY